# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MALCOLM L. BRUTON,

    Plaintiff,

v.                                                       Case No. 8:10-mc-58-T-30TBM

STATE ATTORNEY'S OFFICE,

    Defendant.
_____/

## **O R D E R**

Before the Court is a letter dated May 10, 2010, from Malcolm L. Bruton ("Bruton") (Dkt. 1). In his letter, Bruton essentially complains that the State Attorney's Office in Sarasota County, Florida, violated his due process rights during criminal proceedings against him.

Bruton failed to file any underlying pleading, complaint, or petition. Rule 3, Fed. R. Civ. P., provides that "[a] civil action is commenced by filing a complaint with the court." Local Rule 1.03(c) (M.D. Fla.2009) provides, in pertinent part, that "[n]o application for any order of court shall be made until the case or controversy in which the matter arises has been docketed and assigned by the Clerk as prescribed by subsection (b) of this rule..." Bruton must file a petition or complaint to initiate an action in this Court.

To the extent Bruton asks for the Court's "help in this matter" and for the Court to "send some one that I can talked [sic] to" (see Dkt. 1 at pg. 2), Bruton is effectively

requesting that the Court provide him legal advice. The Court is not in a position to give legal advice to civil litigants no matter how interesting or deserving the problem might be. Even though they give some leniency to pro se litigants, the courts will not act as a plaintiff's de facto attorney. *See GJR Investments, Inc. v. County of Escambia, Fla.*, 132 F.3d 1359, 1368 (11th Cir. 1998). The Court's role in civil rights and habeas cases is to hear and determine complaints of alleged constitutional deprivations.

ACCORDINGLY, the Court **ORDERS** that:

1. This case is **DISMISSED** without prejudice.

2. The **Clerk of Court** shall close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 2, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to:
Malcolm L. Bruton